**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

ANDREW K. POLLOCK and   :
JESSICA A. POLLOCK,     :
             :    **CASE NO:**
   **Plaintiffs,**    :  **7:25-cv-156–WLS**
 v.          :
             :
STATE FARM FIRE AND CASUALTY :
COMPANY,       :
             :
   **Defendant.**    :
_____

## ORDER

Before the Court is Defendant's Motion to Strike Plaintiffs' Response to Defendant's Motion to Dismiss and Request for Leave to Amend Complaint (Doc. 15) ("Motion to Strike") filed March 13, 2026. Therein, Defendant requests the Court strike Plaintiffs' response (Doc. 10) filed February 27, 2026, to Defendant's motion to dismiss (Doc. 7) on the basis that such response was filed late. The motion to dismiss was filed November 14, 2025. The Court finds it appropriate to shorten Plaintiffs' time to respond to the Motion to Strike.

Accordingly, on or before **Monday, March 23, 2026**, Plaintiffs shall file their response to the Motion to Strike. Thereafter, the Court shall take the Motion to Strike, as well as Defendant's motion to dismiss (Doc. 7) under submission.

**SO ORDERED**, this 16th day of March 2026.

         **/s/ W. Louis Sands**_____
         **W. LOUIS SANDS, SR. JUDGE**
         **UNITED STATES DISTRICT COURT**

1