IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ANDREW K. POLLOCK and            :
JESSICA A. POLLOCK,              :
                                :
                                :        CASE NO:
        Plaintiffs,             :        7:25-cv-156–WLS
    v.                          :
                                :
STATE FARM FIRE AND CASUALTY     :
COMPANY,                        :
                                :
        Defendant.              :
_____   :

## ORDER

Before the Court is Defendant's Motion to Strike Plaintiffs' Response to Defendant's Motion to Dismiss and Request for Leave to Amend Complaint, as amended (Docs. 15, 17) ("Motion"). On March 23, 2026, Plaintiffs filed a Notice of Withdrawal of Plaintiffs' Response to Defendant's Motion to Dismiss (Doc. 20) ("Notice") in which they notified the Court and Defendant that they were withdrawing their Response to Defendant's Motion to Dismiss (Doc. 10).[1] As such, Defendant's Motion, as amended (Docs. 15, 17), is moot.

Accordingly, Defendant's Motion to Strike Plaintiffs' Response to Defendant's Motion to Dismiss and Request for Leave to Amend Complaint, as amended (Docs. 15, 17) is **DENIED AS MOOT**.

**SO ORDERED**, this 25th day of March 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Court understands Plaintiffs' intent is to withdraw document 10 in its entirety such that the Response to the Motion to Dismiss as well as the Request for Leave to Amend Complaint are both withdrawn. In the event that is not Plaintiffs' intent and if appropriate, they may refile the Request for Leave to Amend Complaint as a separate document.

1